IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RUTH E. PITTS LONDON,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

Civil No. 06-16-AA

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5811.60 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: January 3/2007.

*/s/ Ann Aiken*
ANN L. AIKEN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff



Richard A. Sly, OSB #63074
1001 SW 5th Avenue, Suite 310
Portland, Oregon 97204
Telephone: (503) 224-0436
FAX: (503) 226-1227
rsly@teleport.com
    Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

RUTH E. PITTS LONDON,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

Civil No. 06-16-AA

STIPULATION FOR EAJA FEES

The parties, through their respective attorneys, hereby stipulate and agree that attorney fees in the amount of $5811.60 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED: January 29, 2007
    s/ (name) by Richard A. Sly
    (SIGNED PER ORAL AUTHORIZATION)
    JEFFREY HUGH BAIRD
    Special Asst United States Attorney
    Of Attorneys for Defendant
    (206) 615-2205

DATED: January 29, 2007
    s/ Richard A. Sly
    RICHARD A. SLY
    OSB #63074
    Attorney for Plaintiff
    (503) 224-0436

STIPULATION FOR EAJA FEES